# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01542-OWW-SMS PC<br><br>ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 13) |

On December 20, 2007, Plaintiff William O. Robinson filed a motion seeking the appointment of counsel. This action was dismissed for failure to exhaust and judgment was entered on August 17, 2006. Accordingly, Plaintiff's motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   April 17, 2008**　　　　　　　　　　  **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1